UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                                :

SASOF III (A2) AVIATION IRELAND DAC, :
*et al.*,                                                         :

                                      Plaintiffs,      :           25-CV-5962 (VSB)

                    -against-                :           **ORDER**

Air Senegal S.A.,                        :

                                     Defendant.     :

-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      Plaintiffs filed this action on June 26, 2025 in New York Supreme Court under Index No. 653876/2025. (*See* Doc. 1 ¶ 1.) On July 21, 2025, Defendants removed this case, and also filed a notice of removal in the state court docket. To date, Defendants have not filed an answer or have otherwise responded to the complaint in either the state court action or this federal action. Accordingly, it is hereby:

      ORDERED that Defendants file an answer or otherwise respond to the complaint by September 8, 2025.

SO ORDERED.

Dated:     August 25, 2025
               New York, New York

                                                                     VERNON S. BRODERICK
                                                                     United States District Judge