UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SASOF III (A2) Aviation Ireland DAC, Aergen Aircraft Twenty Limited, and Aergen Aircraft Twenty One Limited,<br><br>                          Plaintiffs,<br><br>      v.<br><br>Air Sénégal S.A.,<br><br>                          Defendant. | 1:25-cv-5962-VSB<br><br>**DEFENDANT AIR SÉNÉGAL S.A.'s ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT** |

Defendant Air Sénégal S.A. ("Air Sénégal"), by and through its attorneys Clyde & Co US LLP, hereby answers the Complaint filed by Plaintiffs SASOF III (A2) Aviation Ireland DAC ("SASOF Lessor"), and Aergen Aircraft Twenty Limited, Aergen Aircraft Twenty One Limited (together, the "Aergen Lessors" and, together with SASOF Lessor, the "Plaintiffs").

**INTRODUCTION**

1. The allegations in Paragraph 1 contain statements of the nature of this action and/or requests for relief and conclusions of law to which no response is required. To the extent a response is deemed to be required, Air Sénégal denies the remaining allegations contained in Paragraph 1 of the Complaint.

2. Air Sénégal admits that it entered into the Aircraft Lease Agreements attached as Exhibits A and B to the Complaint and referenced in Paragraph 2. In addition, Air Sénégal states that Exhibits A and B speak for themselves.

3. Air Sénégal admits that it entered into the Aircraft Lease Agreement attached as Exhibit C to the Complaint and referenced in Paragraph 3. In addition, Air Sénégal states that Exhibit C speaks for itself.

4. Air Sénégal admits that it entered into the Aircraft Lease Agreement attached to the Complaint as Exhibit D and referenced in Paragraph 4. In addition, Air Sénégal states that Exhibit D speaks for itself.

5. Paragraph 5 states legal conclusions to which no response is required. To the extent a response is required, Air Sénégal states that Exhibits A – D speak for themselves, and otherwise denies the allegations in this Paragraph.

6. The allegations in Paragraph 6 of the Complaint contain statements of the nature of this action and/or requests for relief and/or conclusions of law to which no response is required. To the extent a response is deemed to be required, Air Sénégal denies the allegations contained in Paragraph 6 of the Complaint.

7. The allegations in Paragraph 7 of the Complaint contain statements of the nature of this action and/or requests for relief and/or conclusions of law to which no response is required. To the extent a response is deemed to be required, Air Sénégal admits that Plaintiffs and/or agents of Plaintiffs sent a variety of correspondence to Air Sénégal between March and July 2024, but otherwise denies the allegations contained in Paragraph 7 of the Complaint.

8. The allegations in Paragraph 8 of the Complaint contain statements of the nature of this action and/or requests for relief and/or conclusions of law to which no response is required. To the extent a response is deemed to be required, Air Sénégal denies the allegations contained in Paragraph 8 of the Complaint.

9. The allegations in Paragraph 9 of the Complaint contain statements of the nature of this action and/or requests for relief and/or conclusions of law to which no response is required. To the extent a response is deemed to be required, Air Sénégal denies the allegations contained in Paragraph 9 of the Complaint.

## JURISDICTION AND VENUE

10. The allegations in Paragraph 10 of the Complaint contain statements of the nature of this action to which no response is required. To the extent a response is deemed to be required, Air Sénégal denies the allegations contained in Paragraph 10 of the Complaint.

11. The allegations in Paragraph 11 of the Complaint contain statements of the nature of this action to which no response is required. To the extent a response is deemed to be required, Air Sénégal denies the allegations contained in Paragraph 11 of the Complaint.

## PARTIES

12. Air Sénégal denies knowledge or information sufficient to admit or deny the allegations contained in Paragraph 12 of the Complaint, and therefore denies the allegations therein.

13. Air Sénégal denies knowledge or information sufficient to admit or deny the allegations contained in Paragraph 13 of the Complaint, and therefore denies the allegations therein.

14. Air Sénégal denies knowledge or information sufficient to admit or deny the allegations contained in Paragraph 14 of the Complaint, and therefore denies the allegations therein.

15. Air Sénégal admits the allegations contained in Paragraph 15 of the Complaint.

## NATURE OF ACTION

### The Agreements

16. Air Sénégal states that the Exhibits A – D speak for themselves, and otherwise denies the allegations contained in Paragraph 16.

17. Air Sénégal states that the Exhibits A – D speak for themselves, and otherwise denies the allegations contained in Paragraph 17.

18. Air Sénégal states that the Exhibits A – D speak for themselves, and otherwise denies the allegations contained in Paragraph 18.

19. Air Sénégal states that the Exhibits A – D speak for themselves, and otherwise denies the allegations contained in Paragraph 19.

20. Air Sénégal states that the Exhibits A – D speak for themselves, and otherwise denies the allegations contained in Paragraph 20.

21. Air Sénégal states that the Exhibits A – D speak for themselves, and otherwise denies the allegations contained in Paragraph 21.

22. Air Sénégal states that the Exhibits A – D speak for themselves, and otherwise denies the allegations contained in Paragraph 22.

23. Air Sénégal states that the Exhibits A – D speak for themselves, and otherwise denies the allegations contained in Paragraph 23.

24. Air Sénégal states that the Exhibits A – D speak for themselves, and otherwise denies the allegations contained in Paragraph 24.

25. Air Sénégal states that the Exhibits A – D speak for themselves, and otherwise denies the allegations contained in Paragraph 25.

26. Air Sénégal states that the Exhibits A – D speak for themselves, and otherwise denies the allegations contained in Paragraph 26.

27. Air Sénégal states that the Exhibits A – D speak for themselves, and otherwise denies the allegations contained in Paragraph 27.

28. Air Sénégal states that the Exhibits A – D speak for themselves, and otherwise denies the allegations contained in Paragraph 28.

**"Defendant Defaults Under the Agreements"**

29. The allegations in Paragraph 29 of the Complaint contain statements of the nature of this action and/or requests for relief and/or conclusions of law to which no response is required. To the extent a response is deemed to be required, Air Sénégal denies the allegations contained in Paragraph 29 of the Complaint.

30. The allegations in Paragraph 30 of the Complaint contain statements of the nature of this action and/or requests for relief and/or conclusions of law to which no response is required. To the extent a response is deemed to be required, Air Sénégal admits that Plaintiffs and/or Plaintiffs' agents sent various correspondence to Air Sénégal, and otherwise denies the allegations contained in Paragraph 30 of the Complaint.

31. Air Sénégal denies knowledge or information sufficient to admit or deny the allegations contained in Paragraph 31 of the Complaint, states that Exhibits E – H speak for themselves, admits that Plaintiffs and/or Plaintiffs' agents sent various correspondence to Air Sénégal, and otherwise denies the allegations contained in Paragraph 31.

32. Air Sénégal denies knowledge or information sufficient to admit or deny the allegations contained in Paragraph 32 of the Complaint, states that Exhibits E – H speak for themselves, admits that Plaintiffs and/or Plaintiffs agents sent various correspondence to Air Sénégal, and otherwise denies the allegations contained in Paragraph 32.

33. Air Sénégal states that that Exhibit I speaks for itself, and otherwise denies the allegations contained in Paragraph 33.

34. Air Sénégal states that Exhibit I speaks for itself, and otherwise denies the allegations contained in Paragraph 33.

35. The allegations in Paragraph 35 of the Complaint contain statements of the nature of this action and/or requests for relief and/or conclusions of law to which no response is required. To the extent a response is deemed to be required, Air Sénégal denies the allegations contained in Paragraph 35 of the Complaint.

36. The allegations in Paragraph 36 of the Complaint contain statements of the nature of this action and/or requests for relief and/or conclusions of law to which no response is required. To the extent a response is deemed to be required, Air Sénégal denies the allegations contained in Paragraph 36 of the Complaint.

37. The allegations in Paragraph 37 of the Complaint contain statements of the nature of this action and/or requests for relief and/or conclusions of law to which no response is required. To the extent a response is deemed to be required, Air Sénégal denies the allegations contained in Paragraph 37 of the Complaint.

38. Air Sénégal states that Exhibit J speaks for itself, and otherwise denies the allegations contained in Paragraph 38.

**"Sénégal Court Orders the Seizure of the Aircraft and Certain Air Senegal Bank Accounts"**

39. Air Sénégal denies knowledge or information sufficient to admit or deny the actions of Plaintiffs contained in Paragraph 39 of the Complaint.

40. Air Sénégal denies knowledge or information sufficient to admit or deny the actions of Plaintiffs contained in Paragraph 40 of the Complaint, but admits that court proceedings occurred in Sénégal during this time period that were asserted by Defendants and/or Defendants'

agents. In addition, the allegations in Paragraph 40 of the Complaint contain statements of the nature of this action and/or requests for relief and/or conclusions of law to which no response is required. To the extent a response is deemed to be required, Air Sénégal denies the allegations contained in Paragraph 40 of the Complaint.

      41.    Air Sénégal denies knowledge or information sufficient to admit or deny the allegations contained in Paragraph 41 of the Complaint, and therefore denies the allegations therein.

      42.    Air Sénégal denies knowledge or information sufficient to admit or deny the allegations contained in Paragraph 42 of the Complaint, and therefore denies the allegations therein.

      43.    Air Sénégal denies knowledge or information sufficient to admit or deny the allegations contained in Paragraph 43 of the Complaint, and therefore denies the allegations therein.

      44.    Air Sénégal admits that it has participated in certain Court hearings in Sénégal during the period of time alleged by Plaintiffs, but denies knowledge or information sufficient to admit or deny the remaining allegations contained in Paragraph 44 of the Complaint, and therefore denies the allegations therein.

      **"Defendant Evades Sénégal Court Orders"**

      45.    Air Sénégal denies the allegations therein.

      46.    Air Sénégal admits that it received correspondence from Plaintiffs or Plaintiffs' agents during April 2025, denies knowledge or information sufficient to admit or deny the allegations contained in Paragraph 46 of the Complaint, and therefore denies the allegations therein.

47. Air Sénégal denies knowledge or information sufficient to admit or deny the allegations contained in Paragraph 47 of the Complaint, and therefore denies the allegations therein.

48. Air Sénégal denies knowledge or information sufficient to admit or deny the allegations contained in Paragraph 48 of the Complaint, and therefore denies the allegations therein.

**"Deregistration of the Aircraft"**

49. Air Sénégal denies knowledge or information sufficient to admit or deny the allegations contained in Paragraph 49 of the Complaint, and therefore denies the allegations therein.

50. Air Sénégal denies knowledge or information sufficient to admit or deny the allegations contained in Paragraph 50 of the Complaint, and therefore denies the allegations therein.

51. Air Sénégal states that Exhibit K speaks for itself, admits that Air Sénégal sent Exhibit K on 23 June 2025, and otherwise denies the allegations contained in Paragraph 51.

52. The allegations in Paragraph 52 of the Complaint contain statements of the nature of this action and/or requests for relief and/or conclusions of law to which no response is required. To the extent a response is deemed to be required, Air Sénégal denies the allegations contained in Paragraph 52 of the Complaint.

**COUNT I – BREACH OF CONTRACT (FAILURE TO PAY RENT)**

53. Air Sénégal incorporates the preceding paragraphs as if set forth fully herein.

54. Air Sénégal admits that Plaintiffs and Air Sénégal entered into the Aircraft Lease Agreements attached as Exhibits A– D and referenced in Paragraph 54 of the Complaint.

55. Air Sénégal denies knowledge or information sufficient to admit or deny the allegations contained in Paragraph 55 of the Complaint, and therefore denies the allegations therein.

56. Air Sénégal states that Paragraph 56 contains statements of the nature of this action and/or requests for relief and/or conclusions of law to which no response is required. To the extent a response is deemed to be required, Air Sénégal denies the allegations contained in Paragraph 56 of the Complaint.

57. Air Sénégal states that Paragraph 57 contains statements of the nature of this action and/or requests for relief and/or conclusions of law to which no response is required. To the extent a response is deemed to be required, Air Sénégal states that Exhibits A – D speak for themselves, and otherwise denies the allegations contained in Paragraph 57.

58. Air Sénégal states that Paragraph 58 contains statements of the nature of this action and/or requests for relief and/or conclusions of law to which no response is required. To the extent a response is deemed to be required, Air Sénégal states that Exhibits A – D speak for themselves, and otherwise denies the allegations contained in Paragraph 58.

59. Air Sénégal states that Paragraph 59 contains statements of the nature of this action and/or requests for relief and/or conclusions of law to which no response is required. To the extent a response is deemed to be required, Air Sénégal denies the allegations contained in Paragraph 59 of the Complaint.

60. Air Sénégal states that Paragraph 60 contains statements of the nature of this action and/or requests for relief and/or conclusions of law to which no response is required. To the extent a response is deemed to be required, Air Sénégal denies the allegations contained in Paragraph 60 of the Complaint.

## COUNT II – BREACH OF CONTRACT (FAILURE TO MAINTAIN THE AIRCRAFT AND MEET REDELIVERY CONDITIONS)

61. Air Sénégal reincorporates the preceding paragraphs as if set forth fully herein.

62. Air Sénégal admits that Plaintiffs and Air Sénégal entered into the Aircraft Lease Agreements attached as Exhibits A – D and referenced in Paragraph 62 of the Complaint.

63. Air Sénégal denies knowledge or information sufficient to admit or deny the allegations contained in Paragraph 63 of the Complaint.

64. Air Sénégal states that Paragraph 64 contains statements of the nature of this action and/or requests for relief and/or conclusions of law to which no response is required. To the extent a response is deemed to be required, Air Sénégal states that Exhibits A – D speak for themselves, and otherwise denies the allegations contained in Paragraph 64 of the Complaint.

65. Air Sénégal states that Paragraph 65 contains statements of the nature of this action and/or requests for relief and/or conclusions of law to which no response is required. To the extent a response is deemed to be required, Air Sénégal denies the allegations contained in Paragraph 65 of the Complaint.

66. Air Sénégal states that Paragraph 66 contains statements of the nature of this action and/or requests for relief and/or conclusions of law to which no response is required. To the extent a response is deemed to be required, Air Sénégal denies knowledge or information sufficient to admit or deny the allegations contained in Paragraph 66 of the Complaint, and therefore denies the allegations contained therein.

67. Air Sénégal states that Exhibits A – D speak for themselves, and otherwise denies the allegations contained in Paragraph 67.

68.  Air Sénégal states that Paragraph 68 contains statements of the nature of this action and/or requests for relief and/or conclusions of law to which no response is required. To the extent a response is deemed to be required, Air Sénégal states that Exhibits A – D speak for themselves, and otherwise denies the allegations contained in Paragraph 68 of the Complaint.

69.  Air Sénégal states that Exhibits A – D speak for themselves, and otherwise denies the allegations contained in Paragraph 69.

70.  Air Sénégal states that Paragraph 70 contains statements of the nature of this action and/or requests for relief and/or conclusions of law to which no response is required. To the extent a response is deemed to be required, Air Sénégal states that Exhibits A – D speak for themselves, and otherwise denies the allegations contained in Paragraph 70 of the Complaint.

71.  Air Sénégal states that Exhibits A – D speak for themselves, and otherwise denies the allegations contained in Paragraph 71.

72.  Air Sénégal states that Paragraph 72 contains statements of the nature of this action and/or requests for relief and/or conclusions of law to which no response is required. To the extent a response is deemed to be required, Air Sénégal denies the allegations contained in Paragraph 72 of the Complaint.

## COUNT III - CONVERSION

73.  Air Sénégal reincorporates the preceding paragraphs as if set forth fully herein.

74.  Air Sénégal states that Paragraph 74 contains statements of the nature of this action and/or requests for relief and/or conclusions of law to which no response is required. To the extent a response is deemed to be required, Air Sénégal denies the allegations contained in Paragraph 74 of the Complaint.

75. Air Sénégal states that Paragraph 75 contains statements of the nature of this action and/or requests for relief and/or conclusions of law to which no response is required. To the extent a response is deemed to be required, Air Sénégal denies the allegations contained in Paragraph 75 of the Complaint.

76. Air Sénégal states that Paragraph 76 contains statements of the nature of this action and/or requests for relief and/or conclusions of law to which no response is required. To the extent a response is deemed to be required, Air Sénégal denies the allegations contained in Paragraph 76 of the Complaint.

77. Air Sénégal states that Paragraph 77 contains statements of the nature of this action and/or requests for relief and/or conclusions of law to which no response is required. To the extent a response is deemed to be required, Air Sénégal denies the allegations contained in Paragraph 77 of the Complaint.

78. Air Sénégal states that Paragraph 78 contains statements of the nature of this action and/or requests for relief and/or conclusions of law to which no response is required. To the extent a response is deemed to be required, Air Sénégal denies the allegations contained in Paragraph 78 of the Complaint.

**COUNT IV – UNJUST ENRICHMENT**

79. Air Sénégal reincorporates the preceding paragraphs as if set forth fully herein.

80. Air Sénégal states that Paragraph 80 contains statements of the nature of this action and/or requests for relief and/or conclusions of law to which no response is required. To the extent a response is deemed to be required, Air Sénégal denies the allegations contained in Paragraph 80 of the Complaint.

81. Air Sénégal states that Paragraph 81 contains statements of the nature of this action and/or requests for relief and/or conclusions of law to which no response is required. To the extent a response is deemed to be required, Air Sénégal denies the allegations contained in Paragraph 81 of the Complaint.

82. Air Sénégal states that Paragraph 82 contains statements of the nature of this action and/or requests for relief and/or conclusions of law to which no response is required. To the extent a response is deemed to be required, Air Sénégal denies the allegations contained in Paragraph 82 of the Complaint.

83. Air Sénégal denies any and all allegations in the Complaint not otherwise specifically responded to herein.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

84. The Complaint fails to state a claim on which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

85. Plaintiffs' claims are barred in whole or in part to the extent that they have failed to mitigate their damages.

### THIRD AFFIRMATIVE DEFENSE

86. Plaintiffs' claims are barred by the doctrine of unclean hands.

### FOURTH AFFIRMATIVE DEFENSE

87. Plaintiffs' claims are barred in whole or in part to the extent that the alleged damages suffered by Plaintiffs, if any, were caused by their own acts and/or omissions.

### FIFTH AFFIRMATIVE DEFENSE

88. Plaintiffs' claims are barred by the doctrines of collateral estoppel and/or res judicata.

### SIXTH AFFIRMATIVE DEFENSE

89. Plaintiffs' claims are moot as Plaintiffs have already repossessed the aircraft. *See* Exhibit K.

### SEVENTH AFFIRMATIVE DEFENSE

90. Plaintiffs' claims are barred, in whole or in part, by all applicable statutes of limitation.

### EIGHTH AFFIRMATIVE DEFENSE

91. Plaintiffs' claims are barred because Plaintiffs, by Plaintiffs' own acts and/or omissions, has waived Plaintiffs' rights, if any, to recover against Air Sénégal.

### NINTH AFFIRMATIVE DEFENSE

92. Plaintiffs' claims are barred by the doctrines of waiver, estoppel and/or laches.

### TENTH AFFIRMATIVE DEFENSE

93. Plaintiffs continue to take affirmative actions to prevent Air Sénégal from mitigating any damages allegedly sustained by Plaintiffs, and therefore, Air Sénégal is not liable to Plaintiffs for their damages, or, alternatively, the amount of damages recoverable by Plaintiffs must be diminished to account for their failure to mitigate their damages.

### ELEVENTH AFFIRMATIVE DEFENSE

94. Plaintiffs' alleged damages were caused or contributed to by the negligence or culpable conduct of parties other than Air Sénégal, and therefore, Air Sénégal is not liable to Plaintiffs or, alternatively, the amount of damages recoverable by Plaintiffs must be diminished

in the proportion to which the negligence or culpable conduct attributable to parties other than Air Sénégal bears to the negligence or culpable conduct which caused the damage.

## TWELFTH AFFIRMATIVE DEFENSE

95. Plaintiffs' damages, if any, were caused and brought about by intervening and superseding causes and were not caused by Air Sénégal, or any person or entity for whom Air Sénégal is responsible.

## THIRTEENTH AFFIRMATIVE DEFENSE

96. Plaintiffs' recovery, if any, should be reduced by any collateral source payment that has been or will be paid to plaintiff.

## FOURTEENTH AFFIRMATIVE DEFENSE

97. Plaintiffs' claims are barred because Plaintiffs breached the implied covenant of good faith and fair dealing which prohibits parties to a contract from doing anything to injure, frustrate or interfere with the rights of the other party to receive the benefits of the contract.

## FIFTEENTH AFFIRMATIVE DEFENSE

98. At all times relevant to the acts alleged in the Complaint, Air Sénégal acted reasonably, properly, lawfully, in good faith and in compliance with applicable regulations, standards and statutes.

## SIXTEENTH AFFIRMATIVE DEFENSE

99. Air Sénégal is informed and believes that Plaintiffs would be unjustly enriched if they recovered any of the relief alleged in the Complaint.

## SEVENTEENTH AFFIRMATIVE DEFENSE

100. Plaintiffs' claims, in whole or in part, are barred by the doctrine of accord and satisfaction.

## EIGHTEENTH AFFIRMATIVE DEFENSE

101. Air Sénégal is a "foreign state" as that term is defined in 28 U.S.C. § 1603 and, therefore, is entitled to all the rights, privileges, protections and defenses afforded by the Foreign Sovereign Immunities Act of 1976 ("FSIA"), Pub. L. 94-853, 90 Stat. 2891 codified at 28 U.S.C. §§ 1330, 1332, 1391 (f), 1441 (d) and 1602-1611 and the federal statutes enacted pursuant to the FSIA, to the extent not waived.

## NINTEENTH AFFIRMATIVE DEFENSE

102. Air Sénégal specifically reserves the right to assert additional and different affirmative defenses including, without limitation, such affirmative defenses as are supported by discovery conducted in this case.

WHEREFORE, Air Sénégal denies that Plaintiffs are entitled to judgment in the amount alleged in the Complaint or in any amount whatsoever and prays that the Complaint be dismissed, that the Court award Air Sénégal costs, and for such other relief as the Court deems just and proper under the circumstances.

Dated: New York, NY
September 8, 2025

Respectfully submitted,

_____
Jeffrey Ellis
Michael A. Hession
David F. Knapp
CLYDE & CO US, LLP
405 Lexington Avenue, Suite 1600
New York, NY, 10174
Tel: (212) 710-3900
jeff.ellis@clydeco.us
michael.hession@clydeco.us
david.knapp@clydeco.us
Attorneys for Defendant

To:    Judith A. Archer
Devlin Healey
Norton Rose Fulbright US LLP
1301 6th Avenue
New York, New York 10019
Tel: (212) 318-3000
judith.archer@nortonrosefulbright.com
devlin.healey@nortonrosefulbright.com
Attorneys for Plaintiffs